UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

|  |  |  |
|---|---|---|
|  |  | ORDER |
| ANTHONY SESSA | : |  |
| v. | : | Civil   17-4512(WHW) |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : |  |

It has been reported to the Court that the above entitled action has been settled;

**It is on this <u>25th</u> day of JULY, 2018**

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

HON. WILLIAM H. WALLS
United States District Judge